UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANNIE RODMAN,

Plaintiff,

v.

GINA BRIGHT and PATRICK HILDEBRAND,

Defendants.

No. 2:25-cv-1178-DAD-SCR

FINDINGS AND RECOMMENDATIONS TO DISMISS FOR FAILURE TO PROSECUTE

Plaintiff is proceeding pro se in this matter, which is referred to the undersigned pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). Plaintiff filed a motion for leave to proceed in forma pauperis ("IFP") alongside her Complaint on April 23, 2025. ECF No. 2. The Court granted the motion, but upon screening the Complaint determined that it was factually deficient and ordered Plaintiff to file a First Amended Complaint ("FAC"). ECF No. 3. Plaintiff filed this FAC on June 13, 2025, but the Court found this deficient upon screening it on February 27, 2026 and ordered Plaintiff to file a Second Amended Complaint. ECF Nos. 4, 6. Following Plaintiff's inquiry as to what further documents were needed to support her claim (ECF No. 7), on April 24, 2026, the Court ordered her to file her SAC within 30 days. ECF No. 8. To date, no SAC or other response from Plaintiff is on file.

Accordingly, **IT IS HEREBY RECOMMENDED THAT** this action be DISMISSED WITHOUT PREJUDICE, for failure to prosecute.

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within **fourteen days** after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." The plaintiff is advised that failure to file objections within the specified time may result in waiver of the right to appeal the District Court's order. *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

DATED: July 27, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE