UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNIE RODMAN,<br><br>Plaintiff,<br><br>v.<br><br>GINA BRIGHT and PATRICK HILDEBRAND,<br><br>defendants. | No. 2:25-cv-1178 DAD SCR<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE</u><br><br>(Doc. Nos. 9) |

Plaintiff initiated this civil action by filing a complaint on April 23, 2025, and proceeds *pro se* and *in forma pauperis*. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(21).

On June 13, 2025, plaintiff filed her first amended complaint after her original complaint was dismissed with leave to amend. (Doc. No. 4.) On February 27, 2026, the assigned magistrate judge screened the amended complaint and determined it was deficient in the same way as plaintiff's original complaint because it failed to plead that plaintiff had exhausted administrative remedies as required by the FTCA. (Doc. No. 6 at 4–5.) Plaintiff was granted leave to file a second amended complaint within thirty (30) days of service of the order. (*Id.* at 9.) On April 24, 2026, the magistrate judge granted plaintiff an additional thirty (30) days in which to file any second amended complaint she wished to pursue. (Doc. No. 8.) When plaintiff failed to file a second amended complaint within the time provided, on July 28, 2026, the magistrate judge

issued the pending findings and recommendations recommending that this action be dismissed without prejudice for failure to prosecute. (Doc. No. 9.)

The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id.* at 2.) Plaintiff has not filed any objections, or otherwise communicated with the court, and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a de novo review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis

Accordingly:

1. The findings and recommendations issued July 28, 2026 (Doc. No. 9), are adopted in full;
2. This action is dismissed without prejudice due to plaintiff's failure to prosecute and comply with the court's orders; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **October 22, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE